FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 23 2022 ★
LONG ISLAND OFFICE

DMP:APW/FJN/RAS
F.# 2021R00818

CR 22 059

SEYBERT, J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

WICKS, M.J.

UNITED STATES OF AMERICA

- against -

ROBERT FEHRING,

        Defendant.

------------------------------X

I N F O R M A T I O N

Cr. No.
(T. 18, U.S.C., §§ 876(c), 924(d)(1)
and 3551 et seq.; T. 21, U.S.C.,
§ 853(p); T. 28, U.S.C., § 2461(c))

THE UNITED STATES ATTORNEY CHARGES:

### MAILING THREATENING COMMUNICATIONS

1.    In or about and between June 2013 and September 2021, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ROBERT FEHRING did knowingly and willfully deposit in a post office and an authorized depository for mail matter, to be sent and delivered by the United States Postal Service, and cause to be delivered by the United States Postal Service according to the direction thereon, one or more communications addressed to one or more other persons containing one or more threats to injure the person of the addressee and of another.

(Title 18, United States Code, Sections 876(c) and 3551 et seq.)

### CRIMINAL FORFEITURE ALLEGATION

2.    The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code,

2

Section 2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any violation of any criminal law of the United States, including but not limited to: (i) eighty-three (83) 20-gauge shotgun shells; (ii) one hundred sixty-one (161) 12-gauge shotgun shells; (iii) ninety (90) 9mm ammunition rounds; (iv) fifty-six (56) wildcat 22 caliber cartridges; (v) one (1) Mossberg & Sons 20-gauge shotgun, model 185 D-C; and (vi) one (1) Benelli Novapump 12-gauge shotgun, bearing serial number V583148, all seized on or about November 18, 2021 in or around Bayport, New York.

       3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

3

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

_____
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

ROBERT FEHRING,

Defendant.

## INFORMATION

(T. 18, U.S.C., §§ 876(c), 924(d)(1) and 3551 et seq.; T. 21. U.S.C., § 853(p); T. 28. U.S.C.. § 2461(c))

*A true bill.*

_____
Foreperson

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____

*Andrew P. Wenzel, Assistant U.S. Attorney (631) 715-7832*
*Francisco Navarro, Assistant U.S. Attorney (718) 254-6007*
*Rachel Shanies, Assistant U.S. Attorney (718) 252-6140*