

U.S. Department of Justice

United States Attorney
Eastern District of New York

FJN:RAS/APW
F. #2021R00818

271 Cadman Plaza East
Brooklyn, New York 11201

August 1, 2022

By ECF and Email

The Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Robert Fehring
               Criminal Docket No. 22-059 (JS)

Dear Judge Seybert:

      The government respectfully submits this letter in response to the Court's August 4, 2023 Order directing the government to provide the Court with victim statements in connection with the defendant's motion to reduce his sentence and advise the Court of the number of victims who intend to speak at the August 3, 2023 hearing. The government has provided the Court via email with one written statement. As of today, two additional victims have advised the government that they would like to speak at the hearing. The names of those victims have been provided to the Court via email.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:   /s/ Rachel Shanies
      Rachel A. Shanies
      Andrew P. Wenzel
      Assistant United States Attorneys
      (718) 254-7000

cc:    Clerk of Court (JS) (by ECF)
       Glenn A. Obedin, Esq. (by ECF and Email)